# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:23-mj-00144 |
| Jeremy Rodgers | ) | Assigned To : Harvey, G. Michael |
| DOB: XXXXXX | ) | Assign. Date : 6/23/2023 |
| | ) | Description: Complaint W/ Arrest Warrant |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1),(b)- | Assault on a Federal Officer with a Deadly or Dangerous Weapon |
| 18 U.S.C. § 231(a)(3)- | Civil Disorder |
| 18 U.S.C. § 1752(a)(1),(b)(1)(A)- | Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon |
| 18 U.S.C. § 1752(a)(2),(b)(1)(A)- | Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon |
| 18 U.S.C. § 1752(a)(4),(b)(1)(A)- | Act of Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon |
| 40 U.S.C. § 5104(e)(2)(D)- | Disorderly Conduct in a Capitol Building |
| 40 U.S.C. § 5104(e)(2)(F)- | Act of Physical Violence in a Capitol Building or on Capitol Grounds |
| 40 U.S.C. § 5104(e)(2)(G)- | Parading, Demonstrating, or Picketing in a Capitol Building |

☒ Continued on the attached sheet.

*Complainant's signature*

Nicholas Vanderploeg, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 06/23/2023

*Judge's signature*

City and state: Washington, D.C.   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*