AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) **Case: 1:23-mj-00144** |
| Jeremy Rodgers | ) **Assigned To : Harvey, G. Michael** |
| | ) **Assign. Date : 6/23/2023** |
| | ) **Description: Complaint W/ Arrest Warrant** |
| *Defendant* | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ Jeremy Rodgers _____ ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ☒ Complaint

❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1),(b)- Assault on a Federal Officer with a Deadly or Dangerous Weapon
18 U.S.C. § 231(a)(3)- Civil Disorder
18 U.S.C. § 1752(a)(1),(b)(1)(A)- Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon
18 U.S.C. § 1752(a)(2),(b)(1)(A)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon
18 U.S.C. § 1752(a)(4),(b)(1)(A)- Act of Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(F)- Act of Physical Violence in a Capitol Building or on Capitol Grounds
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date:    06/23/2023

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2023.06.23 12:08:20 -04'00'

*Issuing officer's signature*

City and state:    Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* 06/30/2023 and the person was arrested on *(date)* 06/30/2023 at *(city and state)* Orlando Florida . |
| Date: 06/30/2023 — *Arresting officer's signature* Jason Duran |
| JASON DURAN FBI TFO — *Printed name and title* |